**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DONALD NIXON, on behalf of himself and all others similarly situated,

               Plaintiffs,

           -against-

PLAYBOY.COM, INC.,

               Defendant.

Case No.  1:18-cv-06769-PKC-CLP

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Queens, New York
          June 4, 2019

By: /s/ Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Tel: (718) 971-9474
*ATTORNEYS FOR PLAINTIFF*

By: /s/ Geoffrey Castello
Geoffrey Castello, Esq.
Kelley Drye & Warren LLP
One Jefferson Road, 2nd floor
Parsippany, NJ 07054
Tel: (973) 503-5922
*ATTORNEYS FOR DEFENDANT*